## Wanetick *v.* Insurance Placement Facility of Pennsylvania, Appellant.

## Neustein *v.* Insurance Placement Facility of Pennsylvania, et al., Appellants.

## Neustein *v.* Insurance Placement Facility of Pennsylvania, Appellant.

Before WENTLEY, J.

Argued November 21, 1975. *Thomas Lewis Jones,* with him *David J. Herrod,* and *Jones, Gregg, Creehan and Gerace,* for appellants; *Daniel M. Berger,* with him *Berger & Kapetan,* for appellees.

Judgment affirmed.

## Wilson, Appellant, *v.* Indemnity Marine Assurance Company, Ltd., et al., Appellants, et al.

Before SILVESTRI, J., without a jury.

Argued November 19, 1975. *Robert L. Potter,* with him *Gerald C. Paris,* and *Reed, Smith, Shaw & McClay,* for appellants at No. 526; *Stephen Israel,* with him *Fine, Perlow and Stone,* for appellant at No. 729 and appellee at No. 526; *James A. Wood,* with him *Richard G. Jewell,* and *Wayman, Irvin, Trushel & McAuley,* for appellee at No. 729.

Judgment in each appeal affirmed.